**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 0:21-cv-60662-DIMITROULEAS/SNOW

ADAM SUMMERS,
individually and on behalf of all others similarly situated,

      Plaintiff,

v.

RESTORE WEST DELRAY, LLC d/b/a
RESTORE HYPER WELLNESS, a Florida
limited liability company,

      Defendant(s).

_____/

## NOTICE OF SETTLEMENT

      Defendant, Restore West Delray, LLC ("Defendant"), by and through its undersigned counsel, hereby submits this Notice of Settlement and states that the parties have reached a settlement in principle regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents. As a result, Defendant respectfully requests that this Court stay its deadline to respond to the Order to Show Cause [DE 8] so that the parties may finalize the settlement, and only require a response if the pending settlement is not finalized and the parties do not file appropriate dismissal documents.

Date: April 9, 2021

1304900.1

Respectfully submitted,

*/s/ Joseph A. Apatov*
Joseph A. Apatov, Esq.
Florida Bar # 93546
Kerry A. Cummings, Esq.
Florida Bar #43632
McGLINCHEY STAFFORD
One East Broward Blvd., Suite 1400
Fort Lauderdale, FL 33301
Primary E-Mail: japatov@mcglinchey.com
                kcummings@mcglinchey.com
Secondary Email: rwalters@mcglinchey.com
Telephone: (954) 356-2501
Facsimile: (954) 333-3846
*Counsel for Defendant Restore West Delray*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 9, 2021, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF electronic filing system which will automatically send a copy to all counsel of record in this case registered on the CM/ECF system.

*/s/ Joseph A. Apatov*
Joseph A. Apatov, Esq.

1304900.1