UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADAM SUMMERS, individually and on behalf of all others similarly situated,

    *Plaintiff*,

vs.

RESTORE WEST DELRAY, LLC d/b/a RESTORE HYPER WELLNESS, a Florida Limited Liability Company,

    *Defendant*.
_____/

CLASS ACTION

Case No. 0:21-cv-60662-WPD

**JURY TRIAL DEMANDED**

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Adam Summers, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Adam Summers, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class, to the extent they are currently before this Court, are hereby dismissed without prejudice.

Date: April 22, 2021

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

**Edelsberg Law, P.A.**

/s/ Scott Edelsberg
Scott Edelsberg, Esq.
Florida Bar No. 0100537
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
Email: scott@edelsberglaw.com


*Counsel for Plaintiff and the Class*


### CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                        **SHAMIS & GENTILE, P.A.**
                        14 NE 1st Ave., Suite 705
                        Miami, FL 33132
                        Telephone (305) 479-2299
                        Facsimile (786) 623-0915
                        Email: efilings@sflinjuryattorneys.com

By:    */s/ Andrew J. Shamis*
        Andrew J. Shamis, Esq.
        Florida Bar # 101754


*Counsel for Plaintiff and the Class*