UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:21-cv-60662-DIMITROULEAS/SNOW

ADAM SUMMERS,
individually and on behalf of all others similarly situated,

    Plaintiff,

v.

RESTORE WEST DELRAY, LLC d/b/a
RESTORE HYPER WELLNESS, a Florida
limited liability company,

    Defendant(s).

_____/

## ORDER APPROVING VOLUNTARY DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon Plaintiff's Notice of Dismissal With Prejudice, filed under Rule 41(a)(1)(A)(i) (the "Notice") [DE 14], filed herein on April 22, 2021. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 14] is hereby **APPROVED**.

2. This case is **DISMISSED WITH PREJUDICE**.

3. The Clerk is directed to **DENY** any pending motions as moot and **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 23rd day of April, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

1233751.1